IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In the Matter of:    NO. C 11-80108 MISC JW

**ORDER OF REINSTATEMENT**

Frank Patrick Sprouls,

    State Bar No. 166019.

                                                          /

    On May 11, 2011, this Court issued an order to remove Mr. Frank Patrick Sprouls from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective April 29, 2011.

    On September 8, 2011, Mr. Sprouls provided proof of reinstatement by the State Bar effective August 1, 2011.

    The Court now orders Mr. Sprouls placed back on the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

    IT IS SO ORDERED.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Frank Patrick Sprouls
445 Washington Street
San Francisco, CA 94111

**Dated: August 27, 2012**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:　　/s/ JW Chambers　　　　　**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Susan Imbriani**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**

**United States District Court**
For the Northern District of California